RECEIVED
BY MAIL

NOV 16
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Juan V. Brown #1032491 ,)

Plaintiff,                      )
                                )
vs.                             )          Case No. _____
                                )
Jeffrey Loomes ,)
Defendant(s) .(See attached)   )

### MOTION TO PROCEED IN FORMA PAUPERIS
### AND AFFIDAVIT IN SUPPORT -- PRISONER CASES

I, ___Juan Vasquez Brown #1032491___

declare (1) that I am the _plaintiff_ in this case; (2) that because of my poverty, I am unable to pay the $350.00 filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows:

In further support of this application, I answer the following questions:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?

   Yes  X        No ___

   If so, how many times? one

   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?

   Yes ___        No  X

   If so, how many of them? none

2. Place of confinement of plaintiff or petitioner: S.e.C.C.

   300 e. pedro Simmons Drive\ Charleston, Mo 63834

3. Crime(s) for which you have been convicted, date and sentence on each:

   assault second, Burglary First, Sodomy attempt
   Sodomy first, 2002, Forceable Rape 2007

4. Are you presently employed?                    Yes ____    No _X_

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

       _____ non-apply _____

       _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. non-apply

       _____

5. Have you received, within the past twelve (12) months, money from any of the following sources?

|                                                          | Yes | No |
|----------------------------------------------------------|-----|-----|
| Business, profession or form of self-employment?         |     | X  |
| Rent payments, interest or dividends?                    |     | X  |
| Pensions, annuities or life insurance payments?          |     | X  |
| Gifts or inheritances?                                   |     | X  |
| Any other sources?                                       | X   |    |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

   State tip wage - $7.50 per Month - 12 months = $90.00

6. Do you own any cash, or do you have money in a checking or savings account? Include any funds in prison accounts during the last six (6) months.        Yes _X_    No ____

If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison account during the last six (6) months.

   My Prison account savings is $1.00 total

7. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?          Yes ___          No X

   If the answer is "yes," describe the property and state its approximate value.

   _____ non-apply _____

   _____

8. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____ non-apply _____

   _____

   _____

        I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.  I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES.  I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

        Executed (signed) this 23 day of Oct , 2009.

   _____Juan V. Brown_____
   (Signature of plaintiff)

NOTE: THIS AFFIDAVIT MUST BE ACCOMPANIED BY A **CERTIFIED** COPY OF YOUR PRISON ACCOUNT STATEMENT SHOWING THE AMOUNT OF MONEY ON DEPOSIT DURING THE LAST SIX (6) MONTHS.  A "CERTIFIED COPY" OF YOUR ACCOUNT STATEMENT IS ONE THAT HAS BEEN CERTIFIED BY AN AUTHORIZED PRISON OFFICER THAT IT IS A TRUE AND CORRECT COPY.  FAILURE TO SUBMIT A CERTIFIED ACCOUNT STATEMENT WILL RESULT IN THE RETURN OF YOUR COMPLAINT OR PETITION.

3

| Offender Id | Name | Item Desc. | UPC | Item Serial Number | Qty | List Price | Date Created |
|---|---|---|---|---|---|---|---|
| 1032491 | JUAN BROWN | LEGAL PAD | 1384 | | 1 | .80 | 20091019 |
| 1032491 | JUAN BROWN | TYPING PAPER | 2196 | | 1 | .55 | 20091019 |
| 1032491 | JUAN BROWN | ENVELOPE #10 PRE-PRINT | 7999 | | 5 | .03 | 20091019 |
| 1032491 | JUAN BROWN | GREETING CARDS | 1528 | | 1 | .67 | 20091019 |
| 1032491 | JUAN BROWN | 5" Comb, Pocket | 1056 | | 1 | .04 | 20091019 |
| 1032491 | JUAN BROWN | POWER-UP DEODORANT | 8738122341 | | 1 | 1.63 | 20091019 |
| 1032491 | JUAN BROWN | CRAWFORD CLEAR SHOWER | 8738121522 | | 1 | .87 | 20091019 |
| 1032491 | JUAN BROWN | INK PEN | 1376 | | 1 | .18 | 20091019 |
| 1032491 | JUAN BROWN | LEGAL PAD | 1384 | | 2 | .80 | 20090921 |
| 1032491 | JUAN BROWN | ENVELOPE #10 PRE-PRINT | 7999 | | 1 | .03 | 20090921 |
| 1032491 | JUAN BROWN | GREETING CARDS | 1528 | | 1 | .67 | 20090921 |
| 1032491 | JUAN BROWN | POWER-UP DEODORANT | 8738122341 | | 1 | 1.63 | 20090921 |
| 1032491 | JUAN BROWN | INK PEN | 1376 | | 2 | .18 | 20090921 |
| 1032491 | JUAN BROWN | ENVELOPE CLASP 9 X 12 | 1380 | | 4 | .13 | 20090817 |
| 1032491 | JUAN BROWN | CRAWFORD CLEAR SHOWER | 8738121522 | | 1 | .87 | 20090817 |
| 1032491 | JUAN BROWN | .44 POSTAGE STAMP | 5932 | | 2 | .44 | 20090817 |
| 1032491 | JUAN BROWN | YELLOW LEGAL PAD 8.5 X | 4423460072 | | 1 | .80 | 20090723 |
| 1032491 | JUAN BROWN | ENVELOPE #10 PRE-PRINT | 7999 | | 13 | .03 | 20090723 |
| 1032491 | JUAN BROWN | POWER-UP DEODORANT | 8738122341 | | 1 | 1.63 | 20090723 |
| 1032491 | JUAN BROWN | COLGATE GEL - CLEAR | 3500078000 | | 1 | 1.80 | 20090723 |
| 1032491 | JUAN BROWN | INK PEN | 1376 | | 1 | .18 | 20090723 |
| 1032491 | JUAN BROWN | GREETING CARDS | 1528 | | 1 | .67 | 20090723 |
| 1032491 | JUAN BROWN | TYPING PAPER | 2196 | | 1 | .55 | 20090615 |
| 1032491 | JUAN BROWN | ADDRESS BOOK (SMALL) | 8738120256 | | 1 | .77 | 20090615 |
| 1032491 | JUAN BROWN | SHOWER SHOE DLX XXL | 8738120269 | | 1 | 3.05 | 20090615 |
| 1032491 | JUAN BROWN | LEGAL PAD | 1384 | | 1 | 1.00 | 20090518 |
| 1032491 | JUAN BROWN | ENVELOPE #10 PRE-PRINT | 7999 | | 2 | .03 | 20090518 |
| 1032491 | JUAN BROWN | 5" Comb, Pocket | 1056 | | 1 | .04 | 20090518 |
| 1032491 | JUAN BROWN | POWER-UP DEODORANT | 8738122341 | | 1 | 1.63 | 20090518 |
| 1032491 | JUAN BROWN | .42 POSTAGE STAMP | 5793 | | 5 | .42 | 20090518 |

```
                                                     Total Qty                           57
                                                     Total List Price                 26.12
```

Case: 1:09-cv-00164-LMB   Doc. #: 2   Filed: 11/16/09   Page: 4 of 4 PageID #: 34